ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
FEB 22 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC. | ) |
| Plaintiff, | ) |
| v. | ) No. 08-101 C |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**CERTIFICATION PURSUANT TO RULE 7.1**

Plaintiff L-3 Global Communications Solutions, Inc. ("L-3 GCS") hereby certifies pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims that its parent corporation is L-3 Communications Corporation, which holds 100% of the stock of L-3 GCS.

Dated: February 22, 2008

Respectfully submitted,

Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for Plaintiff L-3 Global Communications Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that copies of L-3 Global Communications Solutions, Inc.'s Certification Pursuant to Rule 7.1 and Memorandum in Support of its Motion for Preliminary Injunction were served on the 22nd day of February, 2008, on the following:

By fax and hand-delivery:

Mark Melnick
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Fax: 202-307-0972

By fax and U.S. Mail:

ADCI of Delaware, LLC (Awardee)
5550 Friendship Blvd., Suite 340
Chevy Chase, MD 20815
Fax: 301-951-1222

Ronald K. Henry