IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-101 C |

FILED
FEB 22 2008
U.S. COURT OF FEDERAL CLAIMS

**L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff L-3 Global Communications Solutions, Inc. ("L-3 GCS") hereby moves pursuant to Rule 65(a) of the Rules of the United States Court of Federal Claims for a preliminary injunction enjoining Defendant, the United States of America, acting by and through the U.S. Department of Homeland Security, United States Coast Guard Office of Contract Support, General Contract Division, G-ACS-2 ("Coast Guard"), from permitting ADCI of Delaware, LLC ("ADCI") to begin or continue performance of the contract awarded under Request for Quotation No. HSCG23-08-TMM001.

The basis for this motion and a more particular description of the relief sought are contained in L-3 Global Communications Solutions, Inc.'s Memorandum in Support of its Motion for Preliminary Injunction, which has been filed contemporaneously herewith.

L-3 GCS respectfully requests a hearing on this motion.

#4

Dated: February 22, 2008

Respectfully submitted,

Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for Plaintiff Allen Corporation of America, Inc.*