ORIGINAL

08-101 C

# Exhibit 1
# Request for Quotation

U.S. Department of Homeland Security
United States Coast Guard

Commandant
United States Coast Guard

Office of Contract Support, General
Contract Division, G-ACS-2
2100 Second Street, S.W.,
Washington, DC 20593-0001
Ph 202.475.3205 Fax 202.475-3905
Email: Eric.C.McDoniel@uscg.mil

Date: 22 October 2007

To: GSA Vendors

Subject: Request for Quotation (RFQ) HSCG23-08-Q-TMM001 for satellite airtime services for International Maritime Satellite (INMARSAT) Mini-M and Fleet series terminals under the General Services Administration (GSA) Federal Supply Schedule (FSS) 70 Contract

The United States Coast Guard (USCG) invites your company to submit a quote in accordance with your GSA Schedule 70/SIN 132-53 General Purpose Commercial Information Technology, Equipment, Software, and Services/Wireless Services contract for the award of a Blanket Purchase Agreement (BPA) for satellite airtime services for INMARSAT Mini-M and Fleet series terminals outlined in both Attachment I and II, Statement of Work and Schedule of Airtime Minutes and Rates, respectively. Please submit your quotation for the lots of airtime minutes for all five (5) year ordering period as outlined in Attachment II Schedule of Airtime Minutes and Rates. The planned award of the Blanket Purchase Agreement is anticipated to be on or about 1 November 2007. The BPA will have a five (5) year ordering period from 1 November 2007 to 31 October 2012, unless the BPA ceiling has been reached first. Your company's quotation **must contain the following information** to be considered for award:

a. Price- Quotes shall include clearly stated costs, and shall include Attachment II: Schedule of Airtime Minutes and Rates. The vendor shall complete the Schedule by entering their respective rates per minute and extended prices. Attachment II: Schedule of Airtime Minutes and Rates assumes there are no charges related to vendor change or charges pertaining to the addition of more terminals. Price reductions are encouraged to your GSA Schedule 70, for quantities in excess of the maximum order threshold. All task orders/BPA Calls underneath the anticipated BPA will be issued on firm-fixed price basis with independent lots of airtime minutes.
b. A statement of compliance that the contractor can meet all services prescribed in this RFQ.
c. Any other relevant information to include exceptions/assumptions related to this RFQ.

Satellite airtime services for INMARSAT Mini-M and Fleet series terminals to include rates per minute and extended prices quoted in Attachment II: Schedule of Airtime Minutes and Rates shall be those contained in your GSA Schedule (General Purpose Commercial Information Technology, Equipment, Software, and Services/Wireless Services) contract. If the quote is not submitted with the above information, the Government may consider the quote as non-responsive, and may be eliminated from further consideration for award. The Government will evaluate your quote, and make a BPA award to the responsible vendor deemed technically

acceptable with the lowest quoted price determined to be fair and reasonable. The award of the anticipated BPA is controlled by the procedures established in FAR Subpart 8.4 Federal Supply Schedules. The Government may reject the quote, if such action is in the Government's interest.

Attachment III is provided as a reference, and includes Homeland Security Acquisition Regulation clauses that will be incorporated into the anticipated BPA upon award as supplemental Department of Homeland Security clauses to your GSA Schedule (General Purpose Commercial Information Technology, Equipment, Software, and Services/Wireless Services) contract.

Please submit your quotation to the attention of the Purchasing Agent, Todd W. Blose, preferably via e-mail, Todd.W.Blose@uscg.mil, on or before 10:30 AM, EDT, on 29 October 2007.

In the event that your company declines to submit a quote, please indicate via email to the Contract Specialist that your firm will not be submitting a quote and the reason(s) why, within one (1) working day after receipt of this RFQ.

This RFQ shall not be considered direction to proceed with delivery of the outlined services in Attachment II: Schedule of Airtime Minutes and Rates, nor a promise of future direction to proceed to deliver. Offerors are solely responsible for this RFQ's submission costs.

Should your firm have any questions regarding any aspect of this RFQ, please feel free to contact the Purchasing Agent, Todd W. Blose, preferably via e-mail, Todd.W.Blose@uscg.mil, by Wednesday, 11:30 AM, EDT, on 24 October 2007, so that they can be addressed prior to the submission of your RFQ package.

Sincerely,

//electronic signature//
ERIC C. McDONIEL
Contracting Officer

Attachments: (1) Statement of Work
(2) Schedule of Airtime Minutes and Rates
(3) Supplemental Homeland Security Acquisition Regulation Clauses

SCHEDULE OF AIRTIME MINUTES AND RATES

| | ITEM NO. | DESCRIPTION | AIRTIME MINUTES (MIN) OR Megabits (Mbits) | Rate Per Minute or Megabit | Extended Price |
|---|---|---|---|---|---|
| ORDERING PERIOD I | 00001 | MINI-M Data (MIN) | 50,000 | | |
| | 00002 | Mini-M Voice (MIN) | 50,000 | | |
| | 00003 | Fleet 55 ISDN (Mins) | 17,450 | | |
| | 00004 | Fleet 55 MPDS (Mbits) | 280,000 | | |
| | 00005 | Fleet 55 Voice | 25 | | |
| | 00006 | Fleet 33 MPDS (Mbits) | 0 | | |
| | 00007 | Fleet 33 ISDN (MIN) | 0 | | |
| | 00008 | F33 Voice (MIN) | 0 | | |
| | 00009 | Swift64 HSD (Mbits) | 2625 | | |
| | 00010 | Swift64 ISDN (MIN) | 24000 | | |
| | Total Ordering Period I | | | | |

| | ITEM NO. | DESCRIPTION | AIRTIME MINUTES (MIN) OR Megabits (Mbits) | Rate Per Minute or Megabit | Extended Price |
|---|---|---|---|---|---|
| ORDERING PERIOD II | 10001 | MINI-M Data (MIN) | 50,000 | | |
| | 10002 | Mini-M Voice (MIN) | 50,000 | | |
| | 10003 | Fleet 55 ISDN (MIN) | 17,450 | | |
| | 10004 | Fleet 55 MPDS (Mbits) | 280,000 | | |
| | 10005 | Fleet 55 Voice | 25 | | |
| | 10006 | Fleet 33 MPDS (Mbits) | 4200 | | |
| | 10007 | Fleet 33 ISDN (MIN) | 1575 | | |
| | 10008 | F33 Voice (MIN) | 5250 | | |
| | 10009 | Swift64 HSD (Mbits) | 5250 | | |
| | 10010 | Swift64 ISDN (MIN) | 48000 | | |
| | Total Ordering Period II | | | | |

| | ITEM NO. | DESCRIPTION | AIRTIME MINUTES (MIN) OR Megabits (Mbits) | Rate Per Minute or Megabit | Extended Price |
|---|---|---|---|---|---|
| ORDERING PERIOD III | 20001 | MINI-M Data (MIN) | 50,000 | | |
| | 20002 | Mini-M Voice (MIN) | 50,000 | | |
| | 20003 | Fleet 55 ISDN (MINS) | 17,450 | | |
| | 20004 | Fleet 55 MPDS (Mbits) | 280,000 | | |
| | 20005 | Fleet 55 Voice | 25 | | |
| | 20006 | Fleet 33 MPDS (Mbits) | 4200 | | |
| | 20007 | Fleet 33 ISDN (MIN) | 1575 | | |
| | 20008 | F33 Voice (MIN) | 5250 | | |
| | 20009 | Swift64 HSD (Mbits) | 48000 | | |
| | 20010 | Swift64 ISDN (MIN) | 3000 | | |
| | Total Ordering Period III | | | | |

| | ITEM NO. | DESCRIPTION | AIRTIME MINUTES (MIN) OR Megabits (Mbits) | Rate Per Minute or Megabit | Extended Price |
|---|---|---|---|---|---|
| ORDERING PERIOD IV | 30001 | MINI-M Data (MIN) | 50,000 | | |
| | 30002 | Mini-M Voice (MIN) | 50,000 | | |
| | 30003 | Fleet 55 ISDN (Mbits) | 17,450 | | |
| | 30004 | Fleet 55 MPDS (Mbits) | 280,000 | | |
| | 30005 | Fleet 55 Voice | 25 | | |
| | 30006 | Fleet 33 MPDS (Mbits) | 4200 | | |
| | 30007 | Fleet 33 ISDN (MIN) | 1575 | | |
| | 30008 | F33 Voice (MIN) | 5250 | | |
| | 30009 | Swift64 HSD (Mbits) | 5250 | | |
| | 30010 | Swift64 ISDN (MIN) | 48000 | | |
| | Total Ordering Period IV | | | | |

| | ITEM NO. | DESCRIPTION | AIRTIME MINUTES (MIN) OR Megabits (Mbits) | Rate Per Minute or Megabit | Extended Price |
|---|---|---|---|---|---|
| ORDERING PERIOD V | 40001 | MINI-M Data (MIN) | 50,000 | | |
| | 40002 | Mini-M Voice (MIN) | 50,000 | | |
| | 40003 | Fleet 55 ISDN (MIN) | 17,450 | | |
| | 40004 | Fleet 55 MPDS (Mbits) | 280,000 | | |
| | 40005 | Fleet 55 Voice | 25 | | |
| | 40006 | Fleet 33 MPDS (Mbits) | 4200 | | |
| | 40007 | Fleet 33 ISDN (MIN) | 1575 | | |
| | 40008 | F33 Voice (MIN) | 5250 | | |
| | 40009 | Swift64 HSD (Mbits) | 5250 | | |
| | 40010 | Swift64 ISDN (MIN) | 48000 | | |
| | Total Ordering Period V | | | | |

Notes:

(1) The contractor shall provide notice to the Government Contracting Officer upon expending 85 percent of the total ceiling price in the Schedule of Airtime Minutes and Rates per each individual task order or Blanket Purchase Agreement (BPA) Call..
(2) The above schedule assumes there are no charges related to vendor change or charges pertaining to the addition of more terminals. Likewise, the above schedule assumes there are no charges related to the termination of services.

(3) Each individual task order will contain a total price, and is to be billed at the rate per minute for each item.

(4) If at any time during the BPA's ordering periods, the USCG performs technology refreshers to maintain compatibility with satellite systems, the contracting vehicle must be flexible to allow the addition, substitution or replacement of selected services such as Fleet 33 and Swift 64. Airtime costs will be dependent on the solution selected for the specific cutter platform. As new solutions become available that will meet the USCG's needs more effectively, the contractor shall provide a price quote to include these new solution upgrades. The Government will evaluate and negotiate all pricing and technical quotes submitted by the contractor to determine technical acceptability and determination of price reasonableness utilizing the contractor's General Services Administration (GSA) Federal Supply Schedule (FSS) pricelist less applicable price reductions for quantities in excess of the maximum order threshold Government discounts. Technical refreshers for price decreases for items of an equal quality and/or administrative changes will be automatically approved and may be submitted as often as necessary. Once accepted, the Contracting Officer (KO) on a timely basis will prepare a BPA amendment to incorporate the changes in accordance with FAR Clause 52.212-4(c), Changes. All technology enhancement solutions incorporated into the BPA shall be ordered by issuance of individual task orders/BPA Calls. The Government will keep all technical refresher solutions at a reasonable level.

Attachment III: Supplemental Homeland Security Acquisition Regulation Clauses

HOMELAND SECURITY ACQUISITION REGULATION (48 CFR CHAPTER 30) CLAUSES

3052.204-70 SECURITY REQUIREMENTS FOR UNCLASSIFIED INFORMATION TECHNOLOGY RESOURCES [JUN 2006]

(a) The Contractor shall be responsible for Information Technology (IT) security for all systems connected to a DHS network or operated by the Contractor for DHS, regardless of location. This clause applies to all or any part of the contract that includes information technology resources or services for which the Contractor must have physical or electronic access to sensitive information contained in DHS unclassified systems that directly support the agency's mission.
(b) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract.
(1) Within 30 days after contract award, the contractor shall submit for approval its IT Security Plan, which shall be consistent with and further detail the approach contained in the offeror's proposal. The plan, as approved by the Contracting Officer, shall be incorporated into the contract as a compliance document.
(2) The Contractor's IT Security Plan shall comply with Federal laws that include, but are not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.); the Government Information Security Reform Act of 2000; and the Federal Information Security Management Act of 2002; and with Federal policies and procedures that include, but are not limited to, OMB Circular A-130.
(3) The security plan shall specifically include instructions regarding handling and protecting sensitive information at the Contractor's site (including any information stored, processed, or transmitted using the Contractor's computer systems), and the secure management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.
(c) Examples of tasks that require security provisions include--
(1) Acquisition, transmission or analysis of data owned by DHS with significant replacement cost should the contractor's copy be corrupted; and
(2) Access to DHS networks or computers at a level beyond that granted the general public (e.g., such as bypassing a firewall).
(d) At the expiration of the contract, the contractor shall return all sensitive DHS information and IT resources provided to the contractor during the contract, and certify that all non-public DHS information has been purged from any contractor-owned system. Organizational elements shall conduct reviews to ensure that the security requirements in the contract are implemented and enforced.
(e) Within 6 months after contract award, the contractor shall submit written proof of IT Security accreditation to DHS for approval by the DHS Contracting Officer. Accreditation will proceed according to the criteria of the DHS Sensitive System Policy Publication, 4300A (Version 2.1, July 26, 2004) or any replacement publication, which the Contracting Officer will provide upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery

plan/continuity of operations plan. This accreditation, when accepted by the Contracting Officer, shall be incorporated into the contract as a compliance document. The contractor shall comply with the approved accreditation documentation.
(End of clause)

3052.204-71 CONTRACTOR EMPLOYEE ACCESS [JUN 2006](ALTERNATE 1)

(a) *Sensitive Information*, as used in this Chapter, means any information, the loss, misuse, disclosure, or unauthorized access to or modification of which could adversely affect the national or homeland security interest, or the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:
(1) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Public Law 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, Part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his/her designee);
(2) Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, Part 1520, as amended, "Policies and Procedures of Safeguarding and Control of SSI," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or his/her designee);
(3) Information designated as "For Official Use Only," which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and
(4) Any information that is designated "sensitive" or subject to other controls, safeguards or protections in accordance with subsequently adopted homeland security information handling procedures.
(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.
(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this

requirement is waived under Departmental procedures.
(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.
(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those contractor employees authorized access to sensitive information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.
(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.
(End of clause)

**ALTERNATE I**
**(JUN 2006)**

When the contract will require contractor employees to have access to Information Technology (IT) resources, add the following paragraphs:
(g) Before receiving access to IT resources under this contract the individual must receive a security briefing, which the Contracting Officer's Technical Representative (COTR) will arrange, and complete any nondisclosure agreement furnished by DHS.
(h) The contractor shall have access only to those areas of DHS information technology resources explicitly stated in this contract or approved by the COTR in writing as necessary for performance of the work under this contract. Any attempts by contractor personnel to gain access to any information technology resources not expressly authorized by the statement of work, other terms and conditions in this contract, or as approved in writing by the COTR, is strictly prohibited. In the event of violation of this provision, DHS will take appropriate actions with regard to the contract and the individual(s) involved.
(i) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the contractor performs business for the DHS OE. It is not a right, a guarantee of access, a condition of the contract, or Government Furnished Equipment (GFE).
(j) Contractor access will be terminated for unauthorized use. The contractor agrees to hold and save DHS harmless from any unauthorized use and agrees not to request additional time or money under the contract for any delays resulting from unauthorized use or access.
(k) Non-U.S. citizens shall not be authorized to access or assist in the development, operation, management or maintenance of Department IT systems under the contract, unless a waiver has been granted by the Head of the Organizational Element or designee, with the concurrence of both the Department's Chief Security Officer (CSO) and the Chief Information Officer (CIO) or their designees. Within DHS Headquarters, the waiver may be granted only with the approval of both the CSO and the CIO or their designees. In order for a waiver to be granted:
(1) The individual must be a legal permanent resident of the U. S. or a citizen of Ireland,

Israel, the Republic of the Philippines, or any nation on the Allied Nations List maintained by the Department of State;
(2) There must be a compelling reason for using this individual as opposed to a U. S. citizen; and
(3) The waiver must be in the best interest of the Government.

(l) Contractors shall identify in their proposals the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of non-U.S. citizens after contract award shall also be reported to the contracting officer.

(End of clause)

<u>3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES [JUN 2006]</u>

(a) Prohibitions.

Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this clause, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.

(b) Definitions. As used in this clause:

*Expanded Affiliated Group* means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.

*Foreign Incorporated Entity* means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

*Inverted Domestic Corporation*. A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—

(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.

*Person, domestic, and foreign* have the meanings given such terms by paragraphs

(1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

**(1) *Certain Stock Disregarded.* For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:**

(i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) stock of such entity which is sold in a public offering related to the acquisition described in subsection (b)(1) of Section 835 of the Homeland Security Act, 6 U.S.C. 395(b)(1).

(2) *Plan Deemed In Certain Cases.* If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) *Certain Transfers Disregarded.* The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) *Special Rule for Related Partnerships.* For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:
(i) warrants;
(ii) options;

(iii) contracts to acquire stock;
(iv) convertible debt instruments; and
(v) others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.

(f) *Disclosure.* The offeror under this solicitation represents that [Check one]:
__ it is not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73;
__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73, but it has submitted a request for waiver pursuant to 3009.104-74, which has not been denied; or
__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73, but it plans to submit a request for waiver pursuant to 3009.104-74.

(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal.

(End of provision)

<u>3052.209-72 ORGANIZATIONAL CONFLICT OF INTEREST (JUN 2006)</u>

(a) Determination. The Government has determined that this effort may result in an actual or potential conflict of interest, or may provide one or more offerors with the potential to attain an unfair competitive advantage. The nature of the conflict of interest and the limitation on future contracting on any future contract that is a conflict or perceived as an apparent conflict which is derived from direct performance under this contract shall be identified by the contractor to the Contracting Officer throughout period of performance. In addition, the Government reserves the right to identify such conflict of interests to the contractor throughout the period of performance of this task order.

(b) If any such conflict of interest is found to exist, the Contracting Officer may (1) disqualify the offeror, or (2) determine that it is otherwise in the best interest of the United States to contract with the offeror and include the appropriate provisions to avoid, neutralize, mitigate, or waive such conflict in the contract awarded. After discussion with the offeror, the Contracting Officer may determine that the actual conflict cannot be avoided, neutralized, mitigated or otherwise resolved to the satisfaction of the Government, and the offeror may be found ineligible for award.

(c) Disclosure: The offeror hereby represents, to the best of its knowledge that:
___ (1) It is not aware of any facts which create any actual or potential organizational conflicts of interest relating to the award of this contract, or
___ (2) It has included information in its proposal, providing all current information bearing on

the existence of any actual or potential organizational conflicts of interest, and has included a mitigation plan in accordance with paragraph (d) of this provision.

(d) Mitigation. If an offeror with a potential or actual conflict of interest or unfair competitive advantage believes the conflict can be avoided, neutralized, or mitigated, the offeror shall submit a mitigation plan to the Government for review. Award of a contract where an actual or potential conflict of interest exists shall not occur before Government approval of the mitigation plan. If a mitigation plan is approved, the restrictions of this provision do not apply to the extent defined in the mitigation plan.

(e) Other Relevant Information: In addition to the mitigation plan, the Contracting Officer may require further relevant information from the offeror. The Contracting Officer will use all information submitted by the offeror, and any other relevant information known to DHS, to determine whether an award to the offeror may take place, and whether the mitigation plan adequately neutralizes or mitigates the conflict.

(f) Corporation Change. The successful offeror shall inform the Contracting Officer within thirty (30) calendar days of the effective date of any corporate mergers, acquisitions, and/or divestures that may affect this provision.

(g) Flow-down. The contractor shall insert the substance of this clause in each first tier subcontract that exceeds the simplified acquisition threshold.

(End of provision)

3052.215-70 Key Personnel or Facilities (DEC 2003)

(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.

(b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.

The Key Personnel or Facilities under this Contract:

- Customer Liaison/Technical Point of Contact

(End of clause)

3052.242-72 Contracting Officer's Technical Representative (DEC 2003)

(a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Technical Representative (COTR) to perform functions under the contract such as review or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COTR under the contract.

(b) The Contracting Officer cannot authorize the COTR or any other representative to sign documents, such as contracts, contract modifications, etc., that require the signature of the Contracting Officer.

(End of clause)