08-101 C

# Exhibit 2
# RFQ Question Sets

**FOR INMARSAT MINI-M & FLEET SERIES AIRTIME BILLING FOR USCG CUTTERS.**

| QUESTIONS | ANSWERS |
|---|---|
| **QUESTION #1**: Are there specific issues (price, performance, timing of receipt of invoices, invoice format, Land Earth Station Operator (LESO)/subcontractor performance, etc.) that the USCG is trying to improve on; (what is driving the USCG to recompete the Fleet 55 service for which terminals exist under a current contract with a validity of another 4 years, 7 months?)?<br><br>**REF: N/A** | **ANSWER #1**: This new contract does not pertain to our current satellite provider or the services that we receive from our current vendor. The current contract is due to expire so due to Coast Guard acquisition regulations we have to put the new contract out for a competitive bid. |
| **QUESTION #2**: Does the USCG utilize an automated electronic billing system such as Wide Area Work Flow (WAWF) to expedite the billing process?<br><br>**REF: Attachment 1 – SOW Section 4.2 "Billing Statements", 4.2.1, 4.2.2** | **ANSWER #2**: No, the USCG does not utilize an automated electronic billing system such as Wide Area Work Flow (WAWF) to expedite the billing process. |
| **QUESTION #3**: Is shore-to-ship service intended to be a part of this RFQ? If so, can you tell us the number of minutes (monthly average) for this service; (2-stage fixed-to-mobile (shore-to-ship) dialing service to establish Mini-M data connections to the cutters)?<br><br>**REF: Attachment 2 "Schedule of Airtime Minutes & Rates"** | **ANSWER #3**: This service is strictly intended for the ship-to-shore infrastructure. |
| **QUESTION #4**: Please define "SDX".<br><br>**REF: Attachment 1 – SOW Section 1.2 "Background"** | **ANSWER #4**: SDX is Satellite Data Exchange. It's passing data (message traffic) via the Mini-M. USCG needs voice usage & data separated out on the monthly spreadsheet. |
| **QUESTION #5**: It is assumed from the "Schedule of Airtime Minutes and Rates" in Attachment I, and the fact that the RFQ contains no requirement for fixed-to-mobile (shore-to-ship) airtime, that all airtime minutes quoted in the price schedule are mobile-to-fixed (ship-to-shore) minutes only.<br><br>**REF: Attachment 2 "Schedule of Airtime Minutes & Rates"** | **ANSWER #5**: See answer to Question #3. |

**FOR INMARSAT MINI-M & FLEET SERIES AIRTIME BILLING FOR USCG CUTTERS.**

| | |
|---|---|
| **QUESTION #6**: Are their any reverse billing requirements, i.e. calls from a Coast Guard Station billed to the vessel; (the standard manner of billing Fixed to Mobile calls, both voice and data, are that the calling party pays)?<br><br>**REF: N/A** | **ANSWER #6**: No reverse billing requirements have been identified. |
| **QUESTION #7**: Are we free to utilize any Inmarsat Land Earth Station Operator (LESO), regardless of the location of the station where the traffic passes through or the nationality of the individuals who have access to the call data?<br><br>**REF: Attachment 3 – "Supplemental HSAR Clauses"** | **ANSWER #7**: No. The Coast Guard prefers that the vendor utilizes the Land Earth Station Operator that we currently work with and that anyone who has access to the actual call data is a United States Citizen. |
| **QUESTION #8**: Is Fleet 77 a requirement of this RFQ?<br><br>**REF: Attachment 1 – SOW Section 1.2 "Background"** | **ANSWER #8**: No. We currently are not utilizing the Fleet 77. |
| **QUESTION #9**:<br>**a.** With respect to terrestrial termination of traffic under this RFQ, is the contractor required to terminate any of the MPDS, ISDN or other traffic via specific, dedicated USCG routers and/or leased terrestrial facilities?<br>**b.** If so please advise if there are any additional requirements to be added to this SOW?<br>**c.** If not, will terrestrial termination of services be via the internet for MPDS and ISDN/PSTN for the circuit switched services?<br><br>**REF: N/A** | **ANSWER #9**:<br>**a.** The contractor will not be required to terminate any of the MPDS, ISDN or other traffic.<br>**b.** N/A<br>**c.** No. They use the existing Inmarsat LESO. |
| **QUESTION #10**: Items No. x0007, F33 ISDN – this service does not exist. Please Clarify.<br><br>**REF: Attachment 2 – "Schedule of Airtime Minutes & Rates"** | **ANSWER#10**: We will remove this line item, and issue a revised RFQ. |

**FOR INMARSAT MINI-M & FLEET SERIES AIRTIME BILLING FOR USCG CUTTERS.**

| | |
|---|---|
| **QUESTION #11**: Items No. x0009, Swift64 HSD – since Swift64 HSD and Swift64 ISDN are the same service, we believe that this item (all years) should read Swift64 MPDS. Please Clarify.<br><br>**REF: Attachment 2 – "Schedule of Airtime Minutes & Rates"** | **ANSWER#11**: This will be corrected with the revised RFQ. |
| **QUESTION #12**: Are the Swift64 line items correct in listing HSD as Mbits? Should this be MPDS?<br><br>**REF: Attachment 2 – "Schedule of Airtime Minutes & Rates"** | **ANSWER#12**: This will be corrected with the revised RFQ. |
| **QUESTION #13**: Is the Swift64 ISDN actually for Swift64 HSD? Is this air to ground calls?<br><br>**REF: Attachment 2 – "Schedule of Airtime Minutes & Rates"** | **ANSWER#13**: This will be corrected with the revised RFQ. |
| **QUESTION #14:** The usage estimates on the Swift64 items reverse in Period III compared to the other Periods. Is this correct?<br><br>**REF: Attachment 2 – "Schedule of Airtime Minutes & Rates"** | **ANSWER#14**: This will be corrected with the revised RFQ. |
| **QUESTION #15:** Is the Fleet55 MPDS usage estimate correct at 280,000?<br><br>**REF: Attachment 2 – "Schedule of Airtime Minutes & Rates"** | **ANSWER#15:** This will be corrected with the revised RFQ. |
| **QUESTION #16:** Please clarify reasoning for inclusion of and application of HSAR Clause 3052.204-70 SECURITY REQUIREMENTS FOR UNCLASSIFIED INFORMATION TECHNOLOGY RESOURCES [JUN 2006].<br><br>**REF: Attachment 3 – "Supplemental HSAR Clauses"** | **ANSWER#16:** This clause will be omitted from the revised RFQ. |

## FOR INMARSAT MINI-M & FLEET SERIES AIRTIME BILLING FOR USCG CUTTERS.

| QUESTIONS | ANSWERS |
|---|---|
| **QUESTION #1**: Please confirm there is no intent to move the Fleet 55 terminals from current DITCO contracts to the resulting GSA contract, versus only the 20 terminals that are on other (non-DITCO) contract(s).<br><br>**REF: Question Set 1, Q&A #1** | **ANSWER #1**: USCG intends to put all Fleet 55's on the resulting GSA contract soas to facilitate billing and invoicing through one vendor. |
| **QUESTION #2**: Who is the preferred LESO?<br><br>**REF: Question Set 1, Q&A #7** | **ANSWER #2**: Stratos |
| **QUESTION #3**: Given that the MPDS and ISDN traffic is terminated terrestrial using the existing LESO, we assume that it is mandatory that we use that same LESO for this requirement. If so, please state who that LESO is.<br><br>**REF: Question Set 1, Q&A #9** | **ANSWER #3**: Stratos |

RFQ – HSCG23-08-Q-TMM001 **QUESTIONS SET #3**

**FOR INMARSAT MINI-M & FLEET SERIES AIRTIME BILLING FOR USCG CUTTERS.**

| QUESTIONS | ANSWERS |
|---|---|
| **QUESTION #1**: Would an Iridium 9505 Satellite phone achieve your goal? If not please be more specific.<br><br>**REF: N/A** | **ANSWER #1**: No. This requirement is for airtime charges for USCG's satellite airtime services for International Maritime Satellite (INMARSAT) Mini-M and Fleet series terminals. |