08-101 C

# Exhibit 3
# Post-award Notification

U.S. Department of Homeland Security
United States Coast Guard

United States Coast Guard

2100 Second Street, S.W.
Washington, DC 20593-0001
Staff Symbol: (G-ACS-2)
Phone: (202) 475-3205
E-mail: todd.w.blose@uscg.mil

Date: 03 December 2007

To: GSA/FSS eBuy Solicitation Participants

Subject: Post-award Notification of HSCG23-08-A-TMM001

Dear GSA/FSS eBuy Solicitation Participants,

In accordance with Federal Acquisition Regulation (FAR) Subpart 8.4 "Federal Supply Schedules", a "Lowest Price, Technically Acceptable" (LPTA) blanket purchase agreement (BPA) under GSA Schedule 70, "General Purpose Commercial Information Technology Equipment, Software, and Services", SIN 132-53, "Wireless Services", has been awarded to ADCI of Delaware, LLC, 5550 Friendship Blvd, STE 340, Chevy Chase, MD, 20815-7227 with a BPA ceiling in the amount of $28,940,576.25.

The United States Coast Guard (USCG) sincerely appreciates your interest and effort to submit a proposal for this requirement. The USCG anticipates and looks forward to you competing on future requirements. Should you have any questions regarding this letter, please contact Mr. Todd W. Blose at (202) 475-3205 or the undersigned at (202) 475-3238.

Sincerely,

WALDRON J. O'BRIEN
Contracting Officer