**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-101C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Dawn S. Conrad, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7046
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Dawn S. Conrad
Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 616-2279
Fax: (202) 305-7643
E-mail: Dawn.Conrad@usdoj.gov

Dated: February 25, 2008

CERTIFICATE OF FILING

I hereby certify that on February 25, 2008 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad