**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-101C<br>(bid protest)<br>(Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO MODIFY THE COURT'S FEBRUARY 27, 2008 ORDER**

Defendant, the United States, respectfully requests that the Court modify its February 27, 2008, order to permit defendant to issue another task order to ADCI of Delaware, LLC ("ADCI") for Mini-M service. During the status conferences with the Court on February 25-26, 2008, defendant's counsel stated to the Court that no further task orders would need to be issued for Mini-M service while this suit is pending. However, subsequent to the Court's February 27, 2008 order, the United States Coast Guard ("USCG") notified defendant's counsel that (a) airtime minutes for Mini-M data and voice services under the current task order are almost expended and (b) the USCG needs to issue another task order to ADCI to continue getting Mini-M services. The USCG needs to issue another task order by March 11, 2008, or else Mini-M data and voice communications service will be affected and disrupted at 200 Mini-M terminals on USCG vessels.

ADCI was the incumbent contractor for these Mini-M terminals under the USCG's previous contract with the Defense Information Technology Contracting Organization ("DITCO"). ADCI provided Mini-M service to Coast Guard terminals through that contract with DITCO. However, as of December 2007, ADCI has been the direct provider of Mini-M service

for the terminals encompassed by the December 2007 Blanket Purchase Agreement ("BPA") and the task order issued under that BPA. ADCI therefore no longer provides Mini-M data services under the old DITCO contract. The USCG now informs defendant's counsel that as of March 11, 2008, the airtime minutes under the existing USCG task order for Mini-M data services will have been expended. See Administrative Record ("AR") at Tab 17. The USCG needs to issue another task order to ADCI exclusively for Mini-M data services in order to ensure continuity of Mini-M data services for 200 terminals on USCG vessels. The new task order for Mini-M data services would be for the same number of airtime minutes as was the December 1, 2007 task order, worth approximately $300,000, and would be for the same approximate duration (three months).

Defendant's counsel has discussed with plaintiff's counsel the Government's request to modify the Court order and to issue another task order. However, the parties have not been able to reach agreement on this matter. Plaintiff's counsel has requested that the Government amend the December 1, 2007 task order and transfer some of the money allocated for Fleet 55 service (approximately $600,000) to Mini-M service. However, the USCG will not reallocate funds designated for Fleet 55 service to Mini-M service. ADCI remains obligated to perform Fleet 55 services under the existing task order; however, the USCG has voluntarily stayed further performance of Fleet 55 service by ADCI while this protest is pending. Funds designated under the task order for Fleet 55 service will remain in status quo while this protest is pending.

Additionally, plaintiff's status as a protestor in this matter does not give it the authority to direct the Government's administration of its contracts. We recognize the need to maintain the status quo for USCG satellite airtime service while this protest is pending; however, issuing an additional task order to ADCI for Mini-M service will not disrupt the status quo when ADCI is

the incumbent for those services. The new task order does not affect the Fleet-55 service, which is the main subject of this protest, and where plaintiff is the incumbent contractor.

We respectfully request that the Court amend its February 27, 2008 order to permit the USCG to issue another task order for Mini-M service on or before March 11, 2008. Additionally, to the extent the Court may have questions about this request, we would agree to an status conference on Friday, March 7, 2008, to address the Court's questions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

TALBOT J. NICHOLAS II
Attorney
Office of Procurement Law
United States Coast Guard
2100 2nd Street, S.W.
Washington, D.C. 20593-0001

March 6, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO MODIFY THE COURT'S FEBRUARY 27, 2008 ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad