IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-101C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO EXTEND DEFENDANT'S DEADLINE TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND PLAINTIFF'S DEADLINE TO FILE A MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiff and Defendant mutually request that the Court grant a two-day extension for Defendant to supplement the administrative record and for Plaintiff, if necessary, to file a motion to supplement the administrative record and/or request further discovery. In support of this Motion, the parties state as follows:

1. On February 27, 2008, this Court's Order set forth the deadlines in this case. Pursuant to this Order, Defendant was required to serve a CD-ROM of the Administrative Record by March 3, 2008, and Plaintiff was required to file a Motion to Supplement the Record by March 10, 2008 (Dkt. No. 8).

2. On March 3, 2008, Defendant filed the Administrative Record (Dkt. No. 11).

3. On March 7, 2008, this Court held a status conference in which Defendant agreed to supplement the Administrative Record by March 10, 2008. At that

time, the Court extended the deadline for Plaintiff to file a motion to supplement the record or request further discovery to March 12, 2008.

4. It has come to the parties attention that the Agency requires additional time in order to assemble documents that were missing from the Administrative Record. As a result, the parties have agreed that the Agency will provide a supplement to the Administrative Record by March 12, 2008.

5. Because Plaintiff will need some time in order to review the supplement to determine whether a motion to supplement the record or request further discovery is necessary, the parties have also agreed to extend that deadline by two days or until March 14, 2008.

WHEREFORE, Plaintiff and Defendant request the Court to grant a two-day extension of the deadlines to Supplement the Administrative Record and file a Motion to Supplement the Administrative Record.

Dated: March 11, 2008

Respectfully submitted,

s/ Ronald K. Henry

Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on March 11, 2008, with the Clerk of the Court for the United States Court of Federal Claims via the CM/ECF system. This system will send electronic notice of filing to the following individuals:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-2279
Fax: (202) 305-7643

*Attorney for Defendant*

s/ Ronald K. Henry
Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*