**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., Plaintiff, | No. 08-101C (bid protest) (Judge Bush) |
| v. | |
| THE UNITED STATES, Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION**
**<u>TO SUPPLEMENT THE ADMINISTRATIVE RECORD</u>**

Defendant, the United States, respectfully moves to supplement the administrative record, filed on March 3, 2008, with documents that were not included in the original filing. These documents include e-mail communications between United States Coast Guard ("USCG") officials and other individuals concerning the administration of the contract, which is the subject of this bid protest, and the proposal of the third offeror. Defendant's counsel has contacted plaintiff's counsel, who has no objection to this motion.

After the administrative record was filed on March 3, 2008, plaintiff's counsel contacted defendant's counsel and requested that these additional documents be added to the administrative record. They were not originally added to the record because we considered them either irrelevant to this bid protest or communications concerning contract administration instead of the award of the contract. However, in an effort to resolve this matter quickly without extensive briefing on motions to supplement the administrative record, and because plaintiff's complaint alleges a post-award "bait and switch" by the contract awardee and post-award misconduct by the USCG, we have agreed to supplement the record with plaintiff's requested documents.

Accordingly, we respectfully request that the Court grant this motion to supplement the administrative record. The supplement to the administrative record is contained on one CD-ROM, and we are providing two bound paper copies of the supplement to the administrative record to the Judge's chambers pursuant to the Court's order of February 27, 2008. The paper copy consists of one volume. The supplement to the administrative record contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter on February 27, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

TALBOT J. NICHOLAS II
Attorney
Office of Procurement Law
United States Coast Guard
2100 2nd Street, S.W.
Washington, D.C. 20593-0001

March 12, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, I hereby certify that on this 12th day of March, 2008, I caused to be served by HAND, copies of "DEFENDANT'S UNOPPOSED MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" and a copy of the supplement to the administrative record, consisting of one CD-ROM, addressed as follows:

Ronald K. Henry, Esq.
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Tel: (202) 682-3590

s/Dawn S. Conrad