# In the United States Court of Federal Claims

No. 08-101 C

(March 12, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., | * |
| *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * | * |

## ORDER

The court has before it Defendant's Motion to Modify the Court's February 27, 2008 Order, filed March 6, 2008, the parties' Consent Motion to Extend Defendant's Deadline to Supplement the Administrative Record and Plaintiff's Deadline to File a Motion to Supplement the Administrative Record, filed March 11, 2008, and Defendant's Unopposed Motion to Supplement the Administrative Record, filed March 12, 2008. For the reasons stated below, the three motions are granted.

Defendant's motion filed March 6, 2008 requests that the court's order of February 27, 2008 be modified to allow the United States Coast Guard (USCG) "to issue another task order to ADCI of Delaware, LLC ("ADCI") for Mini-M service." Def.'s Mot. at 1. Because USCG has exhausted the airtime minutes provided by the December 2007 task order issued to ADCI, "[t]he USCG needs to issue another task order . . . in order to ensure continuity of Mini-M data services for 200 terminals on USCG vessels." *Id.* at 2. Defendant indicates that the new task order "would be for the same number of airtime minutes as was the December

1, 2007 task order, worth approximately $300,000, and would be for the same approximate duration (three months). *Id.*

The court held a telephonic status conference on March 7, 2008 to resolve defendant's request. Participating with the undersigned in the teleconference were:

Ronald K. Henry, counsel for plaintiff;
Dawn S. Conrad, counsel for defendant;
John Bean, law clerk.

The parties agreed that USCG should be able to issue another task order for Mini-M services to ADCI. Defendant predicted that the new task order would carry USCG through June 10 or 11, 2008. The court indicated that this protest should be resolved by then, but only if the briefing schedule were maintained as set forth in the order of February 27, 2008. Counsel responded that in the event that the briefing schedule had to be extended, they contemplated that an extension of the task orders would also be mutually agreeable.

The parties then reported that some supplementation of the administration was contemplated, and that defendant planned to file a supplement on Monday, March 10, 2008. The court then approved a two-day extension for plaintiff's deadline, through March 12, 2008, to file any motions related to further supplementation of the record in this case. The court also verbally granted defendant's motion to modify the order of February 27, 2008 to permit USGS to issue a new task order to ADCI for Mini-M services, pursuant to the specific needs outlined in defendant's motion.

Filed on March 11, 2008, the parties' consent motion requests two extensions: first, that defendant's supplement to the administrative record be filed on or before March 12, 2008; and second, that plaintiff's motion to supplement the record or to request further discovery, if any, be filed on or before March 14, 2008. For the reasons stated therein, the parties' consent motion is granted. Filed on March 12, 2008, defendant's motion requests permission to file its supplement to the administrative record, including email communications related to the administration of the contract which is the subject of this bid protest, and another bid by an offeror pursuing this contract. Defendant's motion to supplement the administrative record is unopposed, and is granted for the reasons stated therein.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion to Modify the Court's February 27, 2008 Order, filed March 6, 2008, is **GRANTED** to permit USGS to issue a new task order to ADCI for Mini-M services, pursuant to the specific needs outlined in defendant's motion;

(2) The parties' Consent Motion to Extend Defendant's Deadline to Supplement the Administrative Record and Plaintiff's Deadline to File a Motion to Supplement the Administrative Record, filed March 11, 2008, is **GRANTED**;

(3) Defendant's Unopposed Motion to Supplement the Administrative Record, filed March 12, 2008, is also **GRANTED**;

(4) Defendant shall **FILE** and serve on plaintiff a **CD-ROM** of the Supplement to the Administrative Record on or before **March 12, 2008**; Defendant shall also **DELIVER** two bound paper copies of the Supplement to the Administrative Record to chambers on or before **March 12, 2008**;

(5) Plaintiff shall **FILE** any Motion to Supplement the Record, if needed, on or before **March 14, 2008**; and

(6) In all other respects the directives in the court's scheduling order of February 27, 2008 remain unchanged.

/s/Lynn J. Bush
LYNN J. BUSH
Judge