IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-101C |

**JOINT STATUS REPORT AND NOTICE OF NEED TO REVISE BRIEFING SCHEDULE**

Counsel for the parties have consulted and agreed to file this Joint Status Report and Notice of Need to Revise Briefing Schedule.

Pursuant to the Court's February 27, 2008 Order, Defendant served the Administrative Record on March 3, 2008. Upon reviewing the record, Plaintiff discovered gaps and the parties agreed upon a voluntary supplementation which was served on March 12, 2008. Plaintiff raised additional concerns that the Administrative Record remains incomplete.

The Department of Justice has been working to obtain additional documentation from the Coast Guard and, yesterday, made a further production which will be added to the Administrative Record without opposition. The Department of Justice is continuing to work with the Coast Guard to identify additional documents for inclusion in the Administrative Record but, in the conversation today, Counsel agreed that it is not yet possible to determine the date upon which the Administrative Record will be complete. To protect its position, Plaintiff filed a motion to supplement the record and request discovery on March 14, 2008 in accordance with

the Court's Scheduling Order but the parties also advised the court of their continuing effort to resolve the open issues and advised that the Court need not make an immediate ruling on Plaintiff's motion.

Counsel are continuing to work together to reach a mutual resolution of the issues surrounding the gaps in the Administrative Record. Although there is not now known an exact date on which the Administrative Record will be complete, the parties agree that the Scheduling Order will need to be revised to set a new briefing schedule.. Rather than provide a proposed briefing schedule at this time, Plaintiff and Defendant jointly request that this Court take under advisement an appropriate schedule after the Administrative Record is complete.

Dated: March 20, 2008

Respectfully submitted,

s/ Ronald K. Henry

Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on March 20, 2008, with the Clerk of the Court for the United States Court of Federal Claims via the CM/ECF system. This system will send electronic notice of filing to the following individuals:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-2279
Fax: (202) 305-7643

*Attorney for Defendant*

s/ Ronald K. Henry
Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*