# In the United States Court of Federal Claims

No. 08-101 C

(April 14, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., | * |
| *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * | * |

**ORDER**

This order addresses two outstanding issues in the briefing of this bid protest. First, the court has before it the parties' Consent Motion for Extension of Time to File a Reply Memorandum in Support of Plaintiff's Motion for Discovery and Supplementation of the Administrative Record, filed today. The parties note that they "are continuing to work together to resolve the remaining issues regarding the supplementation of the Administrative Record." Additional time is needed "to reach a mutual resolution of the open issues surrounding the gaps in the Administrative Record." To this end, an additional four days are needed, so that "Plaintiff will either withdraw its Motion for Discovery and for Supplementation of the Administrative Record or the parties will jointly provide a proposed briefing schedule." For the reasons stated therein, the parties' consent motion is granted.

Second, the court has before it Defendant's Unopposed Motion to Supplement the Administrative Record, filed March 26, 2008. Defendant's motion seeks leave to add nine pages to the administrative record in the subject matter, pages 424a-424i, to be inserted at the end of Tab 23. These pages were attached to

defendant's motion. Defendant's motion is unopposed. For the reasons stated therein, defendant's motion is granted.

Accordingly, it is hereby **ORDERED** that:

(1) The parties' Consent Motion for Extension of Time to File a Reply Memorandum in Support of Plaintiff's Motion for Discovery and Supplementation of the Administrative Record, filed April 14, 2008, is **GRANTED**;

(2) The parties shall **FILE** either a motion withdrawing Plaintiff's Motion for Discovery and Supplementation of the Administrative Record or a proposed briefing schedule on that motion on or before April 18, 2008; and

(3) Defendant's Unopposed Motion to Supplement the Administrative Record, filed March 26, 2008, is also **GRANTED**, adding pages 424a-424i to the administrative record in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge