IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-101C |

**CONSENT MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR DISCOVERY AND SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD**

Counsel for the parties have consulted and agreed to file this Notice to Withdraw Plaintiff's Motion for Discovery and Supplementation of the Administrative Record.

Counsel previously advised the Court that they were continuing to work together to resolve the remaining issues regarding supplementation of the Administrative Record. As a result, the Department of Justice has identified additional documents for inclusion in the Administrative Record. Defendant will move to supplement the Administrative Record with these documents. In addition, the parties have agreed for Plaintiff to submit the Declaration of Jeff Myers to describe the activities, events and discussions in connection with the debriefing between Plaintiff and the Coast Guard that was held on December 20, 2007. A consent motion will be filed next week to supplement the Administrative Record with this declaration. Because the parties have reached a mutual resolution of the issues surrounding the gaps in the Administrative Record, Plaintiff no longer needs to proceed with its motion. Accordingly,

Plaintiff hereby withdraws its Motion for Discovery and Supplementation of the Administrative Record.

The parties will move to supplement the Administrative Record by April 25, 2008. At that time, the parties will also propose a briefing schedule for further proceedings with this bid protest.

Dated: April 18, 2008

Respectfully submitted,

s/ Ronald K. Henry
Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on April 18, 2008, with the Clerk of the Court for the United States Court of Federal Claims via the CM/ECF system. This system will send electronic notice of filing to the following individuals:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-2279
Fax: (202) 305-7643

*Attorney for Defendant*

s/ Ronald K. Henry
Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*