# In the United States Court of Federal Claims

No. 08-101 C

(April 18, 2008)

* * * * * * * * * * * * * * * * *
L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * *

## ORDER

The court has before it the parties' Consent Motion to Withdraw Plaintiff's Motion for Discovery and Supplementation of the Administrative Record, filed today. The parties note that they "have reached a mutual resolution of the issues surrounding the gaps in the Administrative Record," and that "Plaintiff hereby withdraws its Motion for Discovery and Supplementation of the Administrative Record." For the reasons stated therein, the parties' Consent Motion to Withdraw Plaintiff's Motion for Discovery and Supplementation of the Administrative Record is granted.

Furthermore, the parties reached consensus as to additional supplementation of the administrative record in the subject matter. The proposed supplementation will include documents provided by defendant, and a declaration provided by plaintiff concerning a debriefing held on December 20, 2007. The parties wish to file motions proposing these supplements on or before April 25, 2008. The parties also have agreed to file a proposed revised briefing schedule for this bid protest at that time. These requests are also granted.

Accordingly, it is hereby **ORDERED** that:

(1) The parties' Consent Motion to Withdraw Plaintiff's Motion for Discovery and Supplementation of the Administrative Record, filed April 18, 2008, is **GRANTED**;

(2) Plaintiff's Motion for Discovery and Supplementation of the Administrative Record, filed March 14, 2008, is **WITHDRAWN**;

(3) The parties shall **FILE** any additional **Motions to Supplement the Administrative Record** on or before **April 25, 2008**; and

(4) The parties shall **FILE** a **Proposed Revised Briefing Schedule** for this bid protest on or before **April 25, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge