# In the United States Court of Federal Claims

No. 08-101 C

(April 29, 2008)

* * * * * * * * * * * * * * * * *
L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *

* * * * * * * * * * * * * * * * *

**ORDER**

This order addresses two outstanding motions in this bid protest and a revised briefing schedule proposed by the parties. First, the court has before it Defendant's Unopposed Motion to Supplement the Administrative Record, filed April 22, 2008. Attached to the motion is the proposed supplement, a new TAB 25, containing record pages 453 through 522. The court grants defendant's motion for the reasons stated therein.

Second, the court has before it the parties' Consent Motion to Supplement the Administrative Record and Proposed Briefing Schedule, filed April 25, 2008. The parties propose to add the Declaration of Jeff Myers to the record in this case, as new TAB 26. The parties' consent motion is granted for the reasons stated therein. Pursuant to the court's order of April 18, 2008, any motions to supplement the administrative record were due on or before April 25, 2008. That deadline having passed, the administrative record in the subject matter is now complete.

Finally, the parties concur as to a revised briefing schedule, including a range of dates for oral argument in late July. The court adopts the proposed schedule, outlined in detail below. The court's orders of February 27 and March 12, 2008 are modified in pertinent part to reflect these changes.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Unopposed Motion to Supplement the Administrative Record, filed April 22, 2008, is **GRANTED**, adding a new TAB 25, pages 453 through 522, to the administrative record in the subject matter;

(2) The parties' Consent Motion to Supplement the Administrative Record and Proposed Briefing Schedule, filed April 25, 2008, is also **GRANTED**, adding the Declaration of Jeff Myers as a new TAB 26 to the administrative record in the subject matter;

(3) Plaintiff shall **FILE** a Motion for Judgment on the Administrative Record by **5:00 p.m.**, **eastern time** on **May 23, 2008**;

(4) Defendant shall **FILE** its Cross Motion for Judgment on the Administrative Record by **5:00 p.m.**, **eastern time** on **June 13, 2008**;

(5) Plaintiff shall **FILE** a Response/Reply to defendant's Cross Motion by **5:00 p.m.**, **eastern time** on **July 1, 2008**;

(6) Defendant shall **FILE** its Reply by **5:00 p.m.**, **eastern time** on **July 11, 2008**;

(7) Whenever briefing, including exhibits and attachments, causes an electronic filing to exceed thirty pages, the party shall **DELIVER** a paper courtesy copy of that filing to chambers by **5:00 p.m.**, **eastern time** on the day of filing; and

(8) **Oral Argument** shall be **HELD** on Wednesday, **July 23, 2008** at **2:00 p.m.**, **eastern time**, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby. Any modifications to the scheduling of oral argument should be proposed no later than **June 2, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge