IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-101C |

**UNOPPOSED MOTION TO MODIFY SCHEDULING OF ORAL ARGUMENT**

Plaintiff L-3 Global Communications Solutions, Inc. respectfully submits this motion to modify the scheduling of oral argument that this Court has set for July 23, 2008. Counsel for the Defendant has represented that this motion is unopposed.

Counsel of Record for Plaintiff, Ronald K. Henry, previously advised the Court that he expects to become a first-time grandfather in mid-July and will need to travel to Augusta, Georgia at that time. More recent sonogram testing has indicated that the pregnancy is not quite as far progressed as previously thought and that July 23 is now within the window of possible delivery dates. As a result, the parties have agreed to propose to the Court that oral argument be postponed by about a week to approximately July 30.

Not necessary to this motion, but well within a Proud Poppa's bragging rights, counsel wishes to advise the Court and parties that his eldest daughter, Lori (aka "Poopsie") is near to completing the "Grand Slam" of four major transitions into the grown-up world. In May 2007, Poopsie graduated from college. In June 2007, she got her first big girl job. On Labor Day

weekend 2007, she married Elbert Nieves. Less than two months later, the pregnancy began. Daddy has always said that Lori is efficient and well-organized (end of Fatherly digression)

Accordingly, Plaintiff respectfully requests the Court to set a new date for oral argument giving consideration to this recent change of events.

Dated: May 30, 2008

Respectfully submitted,

s/ Ronald K. Henry
Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on May 30, 2008, with the Clerk of the Court for the United States Court of Federal Claims via the CM/ECF system. This system will send electronic notice of filing to the following individuals:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-2279
Fax: (202) 305-7643

*Attorney for Defendant*

s/ Ronald K. Henry
Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for L-3 Global Communications Solutions, Inc.*