# In the United States Court of Federal Claims

No. 08-101 C

(June 2, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., | * * * |
| *Plaintiff*, | * * |
| v. | * * |
| THE UNITED STATES, | * * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * | * |

**ORDER**

The court has before it plaintiff's Unopposed Motion to Modify Scheduling of Oral Argument, filed May 30, 2008. Rather than on July 23, 2008, plaintiff would prefer oral argument to be held on "approximately July 30," 2008. Plaintiff's motion is unopposed. The court's order of April 29, 2008 must be modified in relevant part to accommodate plaintiff's proposed schedule modification.

Accordingly, it is hereby **ORDERED** that:

(1) **Oral Argument** shall be **HELD** on Wednesday, **July 30, 2008** at **2:00 p.m.**, **eastern time**, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

(2) All other aspects of the schedule and filing requirements detailed in the court's order of April 29, 2008 remain unchanged.

/s/Lynn J. Bush
LYNN J. BUSH
Judge