# In the United States Court of Federal Claims

No. 08-101 C

(June 17, 2008)

* * * * * * * * * * * * * * * * *
L-3 GLOBAL COMMUNICATIONS SOLUTIONS, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * *

**ORDER**

The court has before it Defendant's Unopposed Motion to Modify the Briefing Schedule, filed June 16, 2008. The parties concur as to a revised briefing schedule, prompted in part by power outages on June 13, 2008. The court adopts the revised schedule, outlined in detail below. The court's order of April 29, 2008 is modified in pertinent part to reflect these changes.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff shall **FILE** a Response/Reply to defendant's Cross Motion for Judgment upon the Administrative Record by **5:00 p.m.**, **eastern time** on **July 7, 2008**;

(2) Defendant shall **FILE** its Reply by **5:00 p.m.**, **eastern time** on **July 17, 2008**; and

(3) **Oral Argument** shall be **HELD** on Wednesday, **July 30, 2008** at **2:00 p.m.**, **eastern time**, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

/s/Lynn J. Bush
LYNN J. BUSH
Judge