ADCI of Delaware, LLC

# INVOICE

## CORRECTED INVOICE
(FOR RECORD PURPOSES)

To: COMMANDANT (G-ACS-2B)
USCG HQ
2100 SECOND ST., S.W.
SUITE 1100
Washington, DC 20593-0001

Attn: Todd W. Blose

| | |
|---|---|
| Invoice No.: | 200712_R_FLT55 |
| Account Number: | FLT55 |
| Contract No.: | GS-35F-0456P |
| Order No.: | HSCG23-08-F-TMM002 |
| Invoice Date: | 2/25/08 |
| Billing Period: | 12/1/07 – 12/31/07 |
| Total Due: | [redacted] |

Inmarsat Airtime Charges (see attached detail):

| VENDOR | BILL PERIOD | MOBILE NAME | MOBILE | CALL TYPE | DUR | CORRECTED CHARGE |
|---|---|---|---|---|---|---|
| STRATOS | 12/1/2007 | SITKINAK | 600871043 | HSD | 3069 | [redacted] |
| STRATOS | 12/1/2007 | SITKINAK | 764677516 | VOICE | 0.9 | |
| TOTAL | | | | | | |

**Remittance should be sent to:**
5550 Friendship Boulevard, Suite 340, Chevy Chase, Maryland 20815

**Or Wire To:**
[redacted]

**Questions:**
Telephone: 301-951-4423
Fax: 301-951-1222

ADCI of Delaware, LLC

# INVOICE

To: COMMANDANT (G-ACS-2B)
USCG HQ
2100 SECOND ST., S.W.
SUITE 1100
Washington, DC 20593-0001

Attn: Todd W. Blose

| | |
|---|---|
| Invoice No.: | 200712_FLT55 |
| Account Number: | FLT55 |
| Contract No.: | GS-35F-0456P |
| Order No.: | HSCG23-08-A-TMM001 |
| Invoice Date: | 1/15/08 |
| Billing Period: | 12/1/07 – 12/31/07 |
| Total Due: | [redacted] |

Inmarsat Airtime Charges (see attached detail):

| VENDOR | BILL PERIOD | MOBILE NAME | MOBILE | DUR | TOTAL CHARGE |
|---|---|---|---|---|---|
| STRATOS | 12/1/2007 | CUTTYHUNK | 600914444 | 4207.7 | [redacted] |
| STRATOS | 12/1/2007 | CUTTYHUNK | 600914447 | 597.3625 | |
| STRATOS | 12/1/2007 | CUTTYHUNK | 761154475 | 9.5 | |
| STRATOS | 12/1/2007 | DRUMMOND | 600914519 | 424.4 | |
| STRATOS | 12/1/2007 | DRUMMOND | 600914523 | 167.67 | |
| STRATOS | 11/1/2007 | TISCOM TS | 600914342 | 6.8 | |
| TOTAL | | | | | |

**Remittance should be sent to:**
5550 Friendship Boulevard, Suite 340, Chevy Chase, Maryland 20815

**Or Wire To:**
[redacted]

**Questions:**
Telephone: 301-951-4423
Fax: 301-951-1222

ADCI of Delaware, LLC

# INVOICE

## CORRECTED INVOICE

(FOR RECORD PURPOSES)

To: COMMANDANT (G-ACS-2B)
USCG HQ
2100 SECOND ST., S.W.
SUITE 1100
Washington, DC 20593-0001

**Attn: Todd W. Blose**

| | |
|---|---|
| Invoice No.: | 200801_FLT55 |
| Account Number: | FLT55 |
| Contract No.: | GS-35F-0456P |
| Order No.: | HSCG23-08-F-TMM002 |
| Invoice Date: | 2/25/08 |
| Billing Period: | 1/1/08 – 1/31/08 |
| Total Due: | [redacted] |

Inmarsat Airtime Charges (see attached detail):

| VENDOR | BILL PERIOD | MOBILE NAME | MOBILE | CALL TYPE | DUR | CORRECTED CHARGE |
|---|---|---|---|---|---|---|
| STRATOS | 1/1/2008 | DRUMMOND | 600914519 | HSD | 337.6 | [redacted] |
| STRATOS | 1/1/2008 | DRUMMOND | 600914523 | MPDS | 571.912 | |
| STRATOS | 1/1/2008 | GALVESTON ISLAND | 600914499 | HSD | 36.4 | |
| STRATOS | 1/1/2008 | GALVESTON ISLAND | 600914511 | HSD | 0.1 | |
| STRATOS | 1/1/2008 | GALVESTON ISLAND | 600914513 | MPDS | 26.854 | |
| STRATOS | 1/1/2008 | GALVESTON ISLAND | 761154540 | VOICE | 0.3 | |
| STRATOS | 1/1/2008 | KISKA | 600914514 | HSD | 9.1 | |
| STRATOS | 1/1/2008 | KISKA | 600914516 | HSD | 0.1 | |
| STRATOS | 1/1/2008 | KISKA | 600914518 | MPDS | 14.9682 | |
| STRATOS | 1/1/2008 | KISKA | 761154542 | VOICE | 0.1 | |
| STRATOS | 1/1/2008 | SITKINAK | 600871043 | HSD | 408 | |
| TOTAL | | | | | | |

**Remittance should be sent to:**
5550 Friendship Boulevard, Suite 340, Chevy Chase, Maryland 20815

**Or Wire To:**
[redacted]

**Questions:**
Telephone: 301-951-4423
Fax: 301-951-1222

ADCI

ADCI of Delaware, LLC

# INVOICE

| | | | |
|---|---|---|---|
| To: | COMMANDANT (G-ACS-2B)<br>USCG HQ<br>2100 SECOND ST., S.W.<br>SUITE 1100<br>Washington, DC 20593-0001 | Invoice No.: | 200802_FLT55 |
| | | Account Number: | FLT55 |
| | | Contract No.: | GS-35F-0456P |
| | | Order No.: | **HSCG23-08-F-TMM002** |
| | | Invoice Date: | 3/17/08 |
| | | Billing Period: | 2/1/08 – 2/29/08 |
| | **Attn: Todd W. Blose** | Total Due: | [redacted] |

Inmarsat Airtime Charges (see attached detail):

| VENDOR | BILL PERIOD | MOBILE NAME | MOBILE | CALL TYPE | DUR | TOTAL CHARGE |
|---|---|---|---|---|---|---|
| STRATOS | 2/1/2008 | DRUMMOND | 600914519 | HSD | 416.6 | [redacted] |
| STRATOS | 2/1/2008 | DRUMMOND | 600914523 | MPDS | 566.4 | |
| STRATOS | 2/1/2008 | GALVESTON ISLAND | 600914513 | MPDS | 5.5 | |
| STRATOS | 2/1/2008 | KISKA | 600914514 | HSD | 12.1 | |
| STRATOS | 2/1/2008 | KISKA | 600914518 | MPDS | 41.0 | |
| TOTAL | | | | | **1041.5** | |

**Remittance should be sent to:**
5550 Friendship Boulevard, Suite 340, Chevy Chase, Maryland 20815

**Or Wire To:**
[redacted]

**Questions:**
Telephone: 301-951-4423
Fax: 301-951-1222